IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Garcia, Juan M | Case Number: 05 B 59958 |
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 10/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 7, 2008
Confirmed: January 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,180.00 | |
| Secured: | | 1,906.64 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,980.20 |
| Trustee Fee: | | 327.49 |
| Other Funds: | | 965.67 |
| Totals: | 7,180.00 | 7,180.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,980.20 | 3,980.20 |
| 2. | LaSalle National Bank | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 567.14 | 112.20 |
| 6. | LaSalle National Bank | Secured | 10,785.27 | 0.00 |
| 7. | Lake County IN | Secured | 5,865.00 | 309.92 |
| 8. | American General Finance | Secured | 7,456.14 | 1,484.52 |
| 9. | HomeComings Financial Network | Secured | 1,900.45 | 0.00 |
| 10. | Sam's All-Tech Inc | Unsecured | 280.00 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 20.96 | 0.00 |
| 12. | Specialized Management Consultants | Unsecured | 66.28 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 12.50 | 0.00 |
| 14. | Carlos Garcia | Unsecured | 13,735.94 | 0.00 |
| 15. | Capital One | Unsecured | 110.98 | 0.00 |
| 16. | Capital One | Unsecured | 100.39 | 0.00 |
| 17. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 18. | Bank One | Unsecured | | No Claim Filed |
| 19. | City Of Chicago | Unsecured | | No Claim Filed |
| 20. | Household Credit Services | Unsecured | | No Claim Filed |
| 21. | Torres Credit | Unsecured | | No Claim Filed |
| 22. | Lowes | Unsecured | | No Claim Filed |
| 23. | Express | Unsecured | | No Claim Filed |
| 24. | CB Accounts | Unsecured | | No Claim Filed |
| 25. | Alberts Jewelers | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Garcia, Juan M | Case Number: 05 B 59958 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/15/08 | Filed: 10/15/05 |

| | | | | |
|---|---|---|---|---|
| 26. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 27. | A/R Concepts Inc | Unsecured | | No Claim Filed |
| 28. | American General Finance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 44,881.25 | $ 5,886.84 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 113.20 |
| 5% | 37.44 |
| 4.8% | 86.29 |
| 5.4% | 69.02 |
| 6.5% | 21.54 |
| | _____ |
| | $ 327.49 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____